AUGUST 3, 1993

No. A–111 (O. T. 1993). SNYDER, WARDEN *v.* DESHIELDS. Application to vacate the stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied.

AUGUST 4, 1993

No. 92–8807. NGUYEN *v.* ELLSWORTH ASSOCIATES, INC. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.

AUGUST 9, 1993

No. A–32 (O. T. 1993). NIZNIK *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF ROCHESTER ET AL. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–1239. IN RE DISBARMENT OF MATAR. Disbarment entered. [For earlier order herein, see 507 U. S. 957.]

No. D–1274. IN RE DISBARMENT OF KRAEMER. Disbarment entered. [For earlier order herein, see 508 U. S. 970.]

No. D–1290. IN RE DISBARMENT OF LEATHERS. It is ordered that Karl Derwin Leathers, of Durham, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 91–8674. SMITH *v.* UNITED STATES, 508 U. S. 223;

No. 91–8768. FULLER *v.* TEXAS, *ante,* p. 922;

No. 92–466. BROOKE GROUP LTD. *v.* BROWN & WILLIAMSON TOBACCO CORP., *ante,* p. 209;

No. 92–1541. SHERMOEN ET AL. *v.* UNITED STATES ET AL., *ante,* p. 903;

No. 92–1549. RESHARD ET AL. *v.* BRITT ET AL., 508 U. S. 911;

No. 92–1608.  BOWMAN ET AL. *v.* CITY OF FRANKLIN, WISCONSIN, ET AL., 508 U. S. 940;

No. 92–1650.  CENTURY CENTRE PARTNERS, LTD. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, *ante*, p. 905;

No. 92–1670.  FERGUSON *v.* UNION CITY DAILY MESSENGER ET AL., 508 U. S. 961;

No. 92–1671.  CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. *v.* CROWN CORK & SEAL CO., INC., 508 U. S. 972;

No. 92–1705.  MALONEY *v.* SALAFIA ET AL., 508 U. S. 951;

No. 92–1731.  JOHNSON ET AL. *v.* LOS ANGELES COMMUNITY COLLEGE DISTRICT ET AL., *ante*, p. 906;

No. 92–1748.  ESTATE OF BOHN ET AL. *v.* WADDELL, DIRECTOR, DEPARTMENT OF REVENUE OF ARIZONA, ET AL.; and ABBOTT ET AL. *v.* WADDELL, DIRECTOR, DEPARTMENT OF REVENUE OF ARIZONA, ET AL., *ante*, p. 906;

No. 92–1749.  ICARD, TRUSTEE, ET AL. *v.* SARASOTA-MANATEE AIRPORT AUTHORITY, *ante*, p. 906;

No. 92–1766.  BRICKNER *v.* VOINOVICH, GOVERNOR OF OHIO, ET AL., 508 U. S. 974;

No. 92–1822.  GACKENBACH *v.* DEXTER HYSOL CORP., *ante*, p. 907;

No. 92–1886.  HUDDLESTON, TENNESSEE COMMISSIONER OF REVENUE, ET AL. *v.* BLOOMINGDALE'S BY MAIL LTD., *ante*, p. 907;

No. 92–5653.  JOHNSON *v.* TEXAS, *ante*, p. 350;

No. 92–6494.  CARNEY *v.* DEPARTMENT OF VETERANS AFFAIRS, 506 U. S. 1061;

No. 92–6730.  SWARTZ *v.* FLORIDA BAR ET AL., 508 U. S. 914;

No. 92–7120.  CANTU *v.* TEXAS, *ante*, p. 926;

No. 92–7802.  RESNOVER *v.* CARTER, ATTORNEY GENERAL OF INDIANA, ET AL., 508 U. S. 962;

No. 92–7862.  HAWTHORNE *v.* VASQUEZ, WARDEN, 507 U. S. 1053;

No. 92–7914.  WARD *v.* WHITLEY, WARDEN, 508 U. S. 963;

No. 92–7942.  JENKINS *v.* FIRST FIDELITY MORTGAGE CO., 508 U. S. 918;

No. 92–7998.  LOGAN *v.* GRAMLEY, WARDEN, 507 U. S. 1042;

No. 92–8038.  TAVAKOLI-NOURI *v.* CENTRAL INTELLIGENCE AGENCY, 508 U. S. 942;

No. 92–8061.  BANKS *v.* SAN DIEGO, 508 U. S. 921;

No. 92–8062.  BANKS *v.* CALIFORNIA, 508 U. S. 921;

No. 92–8063.  BANKS *v.* SAN DIEGO, 508 U. S. 921;

No. 92–8094.  ANDERS *v.* UNITED STATES, 507 U. S. 1057;

No. 92–8120.  BANKS *v.* RYAN ET AL., 508 U. S. 923;

No. 92–8133.  INOCELDA *v.* DEPARTMENT OF THE ARMY, 508 U. S. 924;

No. 92–8146.  SIMANONOK *v.* SIMANONOK ET AL., 508 U. S. 925;

No. 92–8220.  HUGHLEY *v.* TENNESSEE ET AL., 508 U. S. 927;

No. 92–8249.  SANDERS *v.* INTERNAL REVENUE SERVICE, 508 U. S. 963;

No. 92–8251.  HUGHLEY *v.* UNITED STATES, 508 U. S. 928;

No. 92–8298.  HART *v.* ALABAMA, 508 U. S. 953;

No. 92–8301.  GILBERT *v.* BAY AREA RAPID TRANSIT DISTRICT, 508 U. S. 963;

No. 92–8314.  LUGO *v.* INDEPENDENT MANAGEMENT ASSN. ET AL., 508 U. S. 975;

No. 92–8317.  REID *v.* GUDMANSON, WARDEN, ET AL., 508 U. S. 964;

No. 92–8333.  IN RE LEUELLYN, 508 U. S. 958;

No. 92–8338.  SMITH *v.* CUSTOM MICRO, INC., 508 U. S. 976;

No. 92–8349.  MORELAND *v.* TEXAS, 508 U. S. 976;

No. 92–8353.  PARRIS *v.* UNITED STATES, 508 U. S. 954;

No. 92–8354.  MYER *v.* WEEKS ET AL., 508 U. S. 976;

No. 92–8424.  HICKEY ET AL. *v.* BALLINGALL ET AL., 508 U. S. 981;

No. 92–8436.  ERWIN *v.* CITY OF ANGELS CAMP ET AL., *ante,* p. 908;

No. 92–8470.  IN RE ZIEBARTH, 508 U. S. 938;

No. 92–8490.  BANKS *v.* KCTV–5 ET AL., 508 U. S. 978;

No. 92–8537.  NKOP *v.* VAN RUNKLE ET AL., 508 U. S. 978;

No. 92–8563.  ROCHEVILLE *v.* SOUTH CAROLINA, 508 U. S. 978;

No. 92–8588.  IN RE DIVITO, *ante,* p. 902;

No. 92–8589.  WEST *v.* TRUMAN MEDICAL CENTER WEST, INC., ET AL., *ante,* p. 929;

No. 92–8615.  CLARK *v.* GOVERNMENT OF THE VIRGIN ISLANDS, *ante,* p. 910;

No. 92–8634.  VELASQUEZ *v.* UNITED STATES, 508 U. S. 979;

No. 92–8646.  IN RE O'LEARY, *ante,* p. 921;

No. 92–8683.  BLACK *v.* KIRKPATRICK ET AL., *ante,* p. 911;

No. 92–8716.  SEATON *v.* JABE, WARDEN, *ante,* p. 911; and

No. 92–8725.  ZUCKERMAN *v.* UNITED STATES, *ante,* p. 915. Petitions for rehearing denied.